IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>    v.<br><br>ACINTH GIRL HY STORE, et al.,<br><br>        Defendants. | Case No. 19-cv-06200<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge M. David Weisman** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Levi Strauss & Co. ("LS&Co." or "Plaintiff") against the defendants identified on Schedule A, and using the Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and LS&Co. having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by LS&Co., a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

LS&Co. having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the LS&Co. Trademarks (a list of which is included in the below chart).

| REGISTRATION NUMBER | TRADEMARK | REGISTRATION DATE | GOODS AND SERVICES |
|---|---|---|---|
| 1,140,011 | LEVI'S | September 30, 1980 | For garments-namely, pants, shirts, and shorts in class 025. |
| 1,124,018 | LEVI'S | August 14, 1979 | For purses, denim shopping bags, back packs, duffle bags, briefcase portfolios, key cases and wallets in class 018. For belts, hats, caps, visors, and shoes in class 025. |
| 1,130,486 | LEVI'S | February 5, 1980 | For socks in class 025. |
| 4,660,979 | LEVI'S | December 23, 2014 | For underwear in class 025. |
| 250,265 | Levi's | December 4, 1928 | For jeans in class 025. |
| 581,610 | LEVI'S | October 27, 1953 | For men's, women's and children's overalls, jackets, outer shirts, slacks, and pants; skirts in classes 025. |

| | | | |
|---|---|---|---|
| 2,320,789 | | February 22, 2000 | For clothing, namely, men's, women's and children's pants, slacks, trousers, jeans, shorts, overalls, shirts, t-shirts, vests, skirts, jackets, coats, sweaters, sweatshirts, hats and shoes in class 025. |
| 849,437 | | May 21, 1968 | For trousers, jackets, shorts, shirts, skirts in class 025. |
| 1,135,196 | | May 13, 1980 | For garments-namely, pants in class 025. |
| 928,351 | | February 1, 1972 | For men's, women's and children's pants, jackets in class 025. |
| 404,248 | | November 16, 1943 | For waistband type overalls in class 025. |
| 1,139,254 | | September 2, 1980 | For pants, jackets, skirts, and shorts in class 025. |
| 2,794,649 | | December 16, 2003 | For pants, jeans, shorts, skirts, and jackets in class 025. |
| 356,701 | | May 10, 1938 | For pants of the patch-pocket type worn by men, women and children in class 025. |

| | | | |
|---|---|---|---|
| 516,561 | | October 18, 1949 | For men's, women's and children's jeans and jackets in class 025. |
| 577,490 | | July 21, 1953 | For jeans in class 025. |
| 720,376 | | August 22, 1961 | For pants in class 025. |
| 774,625 | | August 4, 1964 | For garments, particularly trousers in class 025. |
| 775,412 | | August 18, 1964 | For garments, particularly trousers in class 025. |
| 1,157,769 | | June 16, 1981 | For trousers in class 025. |
| 2,726,253 | | June 17, 2003 | For clothing, namely, shirts in class 025. |

| 2,791,156 | | December 9, 2003 | For pants, jeans, shorts, skirts and jackets in class 025. |
|---|---|---|---|
| 523,665 | | April 11, 1950 | For men's, women's, boys', and girls' trousers in class 025. |
| 1,044,246 | | July 20, 1976 | For shoes in class 025. |
| 4,576,208 | | July 29, 2014 | For jackets; jeans; pants; t-shirts; vests in class 025. |
| 1,030,033 | | January 13, 1976 | For wallets in class 018. |
| 1,095,986 | | July 11, 1978 | For luggage-namely, back packs, shoulder bags, and purses in class 018. For caps in class 025. |
| 1,140,853 | | October 28, 1980 | For garments-namely, pants, jackets, overalls and shoes in class 025. |
| 1,313,554 | 505 | January 8, 1985 | For pants in class 025. |
| 1,319,462 | 517 | February 12, 1985 | For pants in class 025. |
| 1,552,985 | 501 | August 22, 1989 | For jeans in class 025. |
| 2,503,976 | 569 | November 6, 2001 | For jeans and pants in class 025. |
| 4,053,137 | 550 | November 8, 2011 | For jeans; pants; shorts in class 025. |

5

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that LS&Co.'s Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the LS&Co. Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LEVI'S® brand product or not authorized by LS&Co. to be sold in connection with the LS&Co. Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LEVI'S® brand product or any other product produced by LS&Co., that is not LS&Co.'s or not produced under the authorization, control or supervision of LS&Co. and approved by LS&Co. for sale under the LS&Co. Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of LS&Co., or are sponsored by, approved by, or otherwise connected with LS&Co.;

    d. further infringing the LS&Co. Trademarks and damaging LS&Co.'s goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LS&Co., nor authorized by LS&Co. to be sold or offered for sale, and which bear any of LS&Co.'s trademarks, including the LS&Co. Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Internet Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing, and Yahoo (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the LS&Co. Trademarks;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the LS&Co. Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), LS&Co. is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit LS&Co. Trademarks on products sold through at least the Defendant Internet Stores. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the amount of statutory damages awarded in ¶ 3 above) or other of Defaulting Defendants' assets.

5. All monies (up to the amount of statutory damages awarded in ¶ 3 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Wish.com, and Amazon Pay, are hereby released to LS&Co. as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, are ordered to release

to LS&Co. the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until LS&Co. has recovered full payment of monies owed to it by any Defaulting Defendant, LS&Co. shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall within two (2) business days:

   a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Internet Stores, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Zachary Toczynski, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all funds (up to the amount of statutory damages awarded in ¶ 3 above) restrained in Defaulting Defendants' financial accounts to LS&Co. as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that LS&Co. identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, LS&Co. may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Zachary Toczynski and any e-mail addresses provided for Defaulting Defendants by third parties.

8. The ten thousand dollar ($10,000) cash bond posted by LS&Co., including any interest minus the registry fee, is hereby released to LS&Co. or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to LS&Co. or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This is a Final Judgment.

DATED: November 19, 2019

*[signature: John J. Tharp Jr.]*

John J. Tharp, Jr.
United States District Judge

Levi Strauss & Co. v. ACINTH GIRL HY Store - Case No. 19-cv-6200

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | ACINTH GIRL HY Store | 2 | Apperloth A Store |
| 3 | China Women Cloth Store | 4 | DANCING WINGS Official Store |
| 5 | Elegant Show | 6 | Greentravel toy Store |
| 7 | gzgog1 Store | 8 | HeyDress Store |
| 9 | JPXCM Clothes Store | 10 | JUDYJUCY SUNNYOTOP Store |
| 11 | JuneLove Store | 12 | KE LA Store |
| 13 | KULAZOPPER Official Store | 14 | loveing you Store |
| 15 | MOONGIRL Store | 16 | Shop Harajuku Store |
| 17 | DISMISSED | 18 | The best wardrobe |
| 19 | XUANMAY Official Store | 20 | Yipn Apparel Store |
| 21 | YUFENG CLOTHES Store | 22 | babyeasier001 Store |
| 23 | Bella Philosophy Wonder Store | 24 | BWFMUX Store |
| 25 | DISMISSED | 26 | Dhoby Ghaut Store |
| 27 | DISMISSED | 28 | Eden--Hou |
| 29 | eveperfect Store | 30 | Freestyle Store |
| 31 | FUSCROAD Official Store | 32 | Grace Upon Grace fashion clothing store |
| 33 | Hot Womens Fahion Store | 34 | Jeans factory Store |
| 35 | KIRA WEST Store | 36 | Lisafang 1212 Store |
| 37 | LLZACOOSH Official Store | 38 | Lucky Star Jewelry Store |
| 39 | MORDEN TIME | 40 | Ojssuzen Official Store |
| 41 | OLOEY 6XL Size Store | 42 | PandaParty Store |
| 43 | PLUSONLY_LC Store | 44 | REALEFT Store |
| 45 | Round collar O-shirt Store | 46 | Shanfen Store |
| 47 | shop liuxiaodong Store | 48 | Shop2613027 Store |
| 49 | Shop4389065 Store | 50 | Shop4866190 Store |
| 51 | Shop5106131 Store | 52 | DISMISSED |
| 53 | tt nn Store | 54 | UIDEAZONE RoyalLove Boutique Store |
| 55 | U-SWEAR NewFashion Store | 56 | WENYINFLOWER STYLISH Store |
| 57 | woxinfeixiang LI's store | 58 | WSTNewLay Good Life Store |
| 59 | xiaoxiao-2 Store | 60 | Y-POP Wardrobe Store |
| 61 | ZVAQS Co,.Ltd Store | 62 | wuwuwhc1990 |
| 63 | dhyyouth0103 | 64 | Yuanera |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/3671003 | 2 | aliexpress.com/store/3398011 |
| 3 | aliexpress.com/store/434069 | 4 | aliexpress.com/store/1712201 |
| 5 | aliexpress.com/store/724596 | 6 | aliexpress.com/store/1026017 |
| 7 | aliexpress.com/store/2134058 | 8 | aliexpress.com/store/5057042 |
| 9 | aliexpress.com/store/4844015 | 10 | aliexpress.com/store/320255 |
| 11 | aliexpress.com/store/3191066 | 12 | aliexpress.com/store/2805194 |
| 13 | aliexpress.com/store/3003024 | 14 | aliexpress.com/store/3506093 |
| 15 | aliexpress.com/store/4633009 | 16 | aliexpress.com/store/3239101 |
| 17 | DISMISSED | 18 | aliexpress.com/store/613787 |
| 19 | aliexpress.com/store/1874060 | 20 | aliexpress.com/store/4310014 |
| 21 | aliexpress.com/store/430661 | 22 | aliexpress.com/store/3658018 |
| 23 | aliexpress.com/store/4376016 | 24 | aliexpress.com/store/4914079 |
| 25 | DISMISSED | 26 | aliexpress.com/store/112256 |
| 27 | DISMISSED | 28 | aliexpress.com/store/1266720 |
| 29 | aliexpress.com/store/3263033 | 30 | aliexpress.com/store/339942 |
| 31 | aliexpress.com/store/4966048 | 32 | aliexpress.com/store/1898891 |
| 33 | aliexpress.com/store/2337353 | 34 | aliexpress.com/store/5027070 |
| 35 | aliexpress.com/store/5068206 | 36 | aliexpress.com/store/4456021 |
| 37 | aliexpress.com/store/1138090 | 38 | aliexpress.com/store/342750 |
| 39 | aliexpress.com/store/1858189 | 40 | aliexpress.com/store/1461876 |
| 41 | aliexpress.com/store/4988047 | 42 | aliexpress.com/store/3273021 |
| 43 | aliexpress.com/store/2970008 | 44 | aliexpress.com/store/4931030 |
| 45 | aliexpress.com/store/5045180 | 46 | aliexpress.com/store/4504133 |
| 47 | aliexpress.com/store/3872089 | 48 | aliexpress.com/store/2613027 |
| 49 | aliexpress.com/store/4389065 | 50 | aliexpress.com/store/4866190 |
| 51 | aliexpress.com/store/5106131 | 52 | DISMISSED |
| 53 | aliexpress.com/store/4977023 | 54 | aliexpress.com/store/5106124 |
| 55 | aliexpress.com/store/3661020 | 56 | aliexpress.com/store/4950002 |
| 57 | aliexpress.com/store/134602 | 58 | aliexpress.com/store/4740015 |
| 59 | aliexpress.com/store/5002190 | 60 | aliexpress.com/store/4821033 |
| 61 | aliexpress.com/store/4755017 | 62 | ebay.com/usr/wuwuwhc1990 |
| 63 | wish.com/merchant/5a03ff3b0f193f5c8f2f6ef2 | 64 | wish.com/merchant/5b0e5ff82c3c1d4e2301a89e |